Commonwealth *v.* Taylor, Appellant.

Submitted September 11, 1968. *Benjamin R. Donolow*, for appellant; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

December 6, 1968

Amazon Building Corporation *v.* Hillman, Appellant.

Argued November 13, 1968. *Edward R. Lawrence*, with him *Edward R. Lawrence, Jr.*, and *Lawrence, Van Gorder, Bucey & Plum*, for appellant; *David M. Harrison*, with him *Maurice Louik, Michael Louik*, and *Harrison & Louik*, for appellee.

Order affirmed.